JOSEPH W. COTCHETT (#36324)
NANCY L. FINEMAN (#124870)
MARK C. MOLUMPHY (#168009)
KELLY L. BULAWSKY (#234025)
**COTCHETT, PITRE, SIMON & McCARTHY**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Fax: (650) 697-0577

*Attorneys for the Plaintiffs and Proposed Class*

FILED
AUG 2 6 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM M. BENNETT and MICHELE L. BOROVAC, individually and on behalf of all those similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>H&R BLOCK FINANCIAL ADVISORS, INC., and Does 1-10,<br><br>    Defendants. | Case No. C-04-4848 MHP<br><br>CLASS ACTION<br><br>PRIVATE SECURITIES LITIGATION REFORM ACT<br><br>STIPULATION AND [~~PROPOSED~~] ORDER RE: BRIEFING SCHEDULE AND HEARING DATE FOR DEFENDANT'S MOTION TO DISMISS<br><br>Courtroom: 15<br>The Honorable Marilyn Hall Patel |

LAW OFFICES
COTCHETT,
PITRE, SIMON &
McCARTHY

STIPULATION & ORDER RE: BRIEFING SCHEDULE AND HEARING DATE
*Bennett v. H&R Block Financial Advisors*; Case No. C-04-4848 MHP

1  WHEREAS, defendant filed a Motion to Dismiss the First Amended Complaint and
2  noticed it for hearing on September 12, 2005, at 2:00 p.m.;
3  WHEREAS, plaintiffs' opposition brief was due on August 22, 2005; and
4  WHEREAS, due to prior trial commitments of plaintiffs' counsel, the parties have agreed
5  to a briefing schedule and new hearing date, subject to the Court's approval;
6  THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the
7  undersigned counsel for all parties that (1) the hearing on defendant's Motion to Dismiss the
8  First Amended Complaint be rescheduled from September 12, 2005 to October 17, 2005, at 2:00
9  p.m., or as soon thereafter as the matter can be heard; (2) plaintiffs' opposition brief is due on
10 September 13, 2005; and (3) defendant's reply brief is due on October 3, 2005.

Dated: August 25, 2005                    **COTCHETT, PITRE, SIMON & McCARTHY**

                                          By: ___/s/_____
                                               MARK C. MOLUMPHY

                                          *Attorneys for the Plaintiffs and Proposed Class*

Dated: August 25, 2005                    **SHEARMAN & STERLING LLP**

                                          By: ___/s/_____
                                               STEPHEN D. HIBBARD

                                          *Attorneys for Defendant*


## ORDER

Pursuant to the Stipulation, IT IS SO ORDERED.

Dated: __8/26/05__

                                          _____
                                          HON. MARILYN H. PATEL
                                          UNITED STATES DISTRICT COURT

29169.1

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

STIPULATION & ORDER RE: BRIEFING SCHEDULE AND HEARING DATE
*Bennett v. H&R Block Financial Advisors*; Case No. C-04-4848 MHP

2